### BOARD OF TRUSTEES OF COLUMBIA v. T. H. CURD, ET AL.

**Officers of Towns—Marshal.**

Before a town marshal can be compelled to pay over public money some party entitled to receive it must make demand therefor.

**Town Trustees.**

Town trustees have no right to the possession of the public funds and are not proper parties to demand them from the marshal.

APPEAL FROM ADAIR CIRCUIT COURT.

March 31, 1875.

OPINION BY JUDGE PRYOR:

There is no allegation of a demand of the marshal by any party

entitled to the money alleged to be in his hands. Before a collection officer can be compelled to pay such moneys, some party must be designated to whom the payment is to be made, unless the charter in this case regulates the manner of payment. If to be paid to the town treasurer, he must make the demand, and this fact must be alleged. The trustees have no more right to the possession of the funds than the marshal who collects them; and a payment by him to a trustee would not release him from responsibility. See *Owens v. Ballard County Court,* 8 Bush 611. Judgment *affirmed.*

*Winfrey & Winfrey, for appellant.*
*Alexander, Dickinson, for appellees.*